FILED

11/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0134

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0134

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                                  O R D E R

JESSIE AARON SCHULZ,

     Defendant and Appellant.

_____

Appellant Jessie Aaron Schulz, by counsel, has filed a Motion for Extension of Time within which to file his reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before November 23, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2020